IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CORDELL L GINES,**

        **Plaintiff,**

**v.**

**ELLEN CURRY,** *et al.***,**

        **Defendant.**

Case No. 24-cv-02418-SPM

# JUDGMENT IN A CIVIL CASE

**MCGLYNN, District Judge:**

    This action came before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

    Plaintiff shall recover nothing, and this entire action is **DISMISSED with prejudice,** the parties to bear their own costs.

    **DATED: February 4, 2025**

                                                        **MONICA A. STUMP,**
                                                     **Clerk of Court**

                                                     **By:** *s/ Megan Moyers*
                                                            **Deputy Clerk**

**APPROVED:** *s/Stephen P. McGlynn*
                     **STEPHEN P. MCGLYNN**
                     **United States District Judge**